IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DANNY RAY SAMSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:16-cv-02256 |
| | ) | Judge Trauger |
| SOCIAL SECURITY ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |

# O R D E R

On March 12, 2018, the magistrate judge issued a Report and Recommendation (DE #17), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the plaintiff's Motion for Summary Judgment (Docket No. 12) is DENIED, and the decision of the Administrative Law Judge in favor of the defendant is AFFIRMED.

This Order constitutes the judgment in this case.

It is so **ORDERED.**

Enter this 27th day of March 2018.

_____
ALETA A. TRAUGER
U.S. District Judge